IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA JEROME DAVISON,
    Plaintiff,

vs.                                             Case No. 3:11cv446/LAC/EMT

DAVID MORGAN, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

        This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (doc. 1). The clerk attempted to send to Plaintiff a "Notice to Pro Se Litigant" on September 26, 2011, at Plaintiff's address of record,[1] but the Notice was returned by the U. S. Postal Service as undeliverable (doc. 5). The mail was returned as "no longer at this address" (*id.*). Additionally, this court's order dated September 28, 2011, giving Plaintiff thirty (30) days in which to pay an initial partial filing fee in the amount of $6.28, was also returned as undeliverable (*see* docs. 4, 6). Plaintiff has failed to keep the court informed of his current address.

        Accordingly, it is respectfully **RECOMMENDED**:

        That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

        At Pensacola, Florida, this 3rd day of November 2011.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] In his complaint Plaintiff identifies his address as "Escambia County Jail, P.O. Box 17800, Pensacola, Florida (doc. 1 at 2).

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).